UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARK BEVILAQUE, an individual

       Plaintiff,

v.                                 Case No:  2:17-cv-128-FtM-38MRM

 THE LYKOS GROUP and THOMAS
LYKOS,

       Defendants.
_____/

## ORDER[1]

This matter comes before the Court on *sua sponte* review of the file.  On June 13, 2017, the Court ordered Plaintiff Mark Bevilaque to show cause why this case should not be dismissed for failure to prosecute.  (Doc. 17).  It warned that failure to comply with the order may result in the dismissal of the case without further notice.  (Doc. 17).  Bevilaque has not responded to the Court's Order, and the time to do so has expired.  He thus has evidenced a lack of interest in prosecuting this case.  *See* M.D. Fla. R. 3.10(a).

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(1) The above-captioned case is **DISMISSED** for failure to prosecute under Middle District of Florida Local Rule 3.10.

(2) The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate any deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of June, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record